**HLD-008 (*AMENDED)**                          **NOT PRECEDENTIAL**

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 12-2713
_____

IN RE:  ERIC RAMPERT,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D.Pa. 11-cv-01370)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
July 19, 2012

Before:  McKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed: August 30, 2012)
_____

OPINION
_____

PER CURIAM

Eric Rampert petitions this Court for a writ of mandamus compelling the United

States District Court for the Middle District of Pennsylvania to rule on a habeas corpus

petition. We will dismiss the petition as moot.

In June of 2011, Rampert filed a petition for writ of habeas corpus pursuant to 28

U.S.C. §2241.  The Commonwealth of Pennsylvania responded on August 17, 2011, and

1

Rambert filed a traverse on August 26, 2011.  On June 20, 2012, Rambert filed a petition with this Court seeking a writ of mandamus directing the District Court to rule on his petition.  He later filed a motion for appointment of counsel.

On August 1, 2012, the District Court issued an order denying Rambert's petition.  Accordingly, Rambert's mandamus petition is moot and we will therefore dismiss it.  <u>See In re Orthopedic Bone Screw Prod. Liab. Litig.</u>, 94 F.3d 110 (3d Cir. 1996).  The request for appointment of counsel is denied.